# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DAVE VACCARO,
individually and on behalf of
all others similarly situated,

          Plaintiff,

   vs.

GLENN E. THOMAS COMPANY,
INC. d/b/a GLENN E. THOMAS
CHRYSLER JEEP; and DOES 1-10,
inclusive,

         Defendants.

)  Case No.
)
)  2:25-cv-09821-PA-RAO
)
)  **ORDER TO DISMISS WITH**
)  **PREJUDICE AS TO PLAINTIFF**
)  **AND WITHOUT PREJUDICE AS**
)  **TO CLASS CLAIMS**
)
)
)
)

    IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorneys' fees.

               Dated this 26th of February

               _____
               Percy Anderson
               United States District Judge